```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

JASWINDER GROVER, et al.,         )
                                  )
     Plaintiffs,                  )  Civil Action No. 5:07-281-JMH
                                  )
v.                                )
                                  )
CLASSICSTAR, LLC, et al.,         )
                                  )              **ORDER**
     Defendants.                  )

                    **       **       **       **       **

With regard to this Court's order of October 22, 2007 [Record No. 14], the parties to this matter have responded [Record Nos. 16 and 17] and stated that they are in agreement that this matter should be consolidated with other matters pending before this Court as described below. Accordingly,

**IT IS ORDERED**:

(1) that this matter shall be **CONSOLIDATED** for all pretrial purposes with those actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its Order of October 19, 2007, as well as Lexington Civil Action No. 06-243-JMH, originally filed in this Court; and

(2) that the Clerk shall also file a copy of this order in the master file for these proceedings, *In re: ClassicStar Mare Lease Litigation,* MDL No. 1977, Lexington Civil Action No. 07-353-JMH.

This the 31st day of October, 2007.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge